UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCORRO SIERRA,<br><br>        Petitioner,<br><br>   v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>        Respondent. | Case No. 23-cv-00691-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE ANSWER**<br><br>Re: Dkt. No. 13 |

Good cause being shown, Respondent's request for an extension of time to file an answer to the Court's Order to Show Cause is GRANTED. Dkt. No. 13. Respondent shall file an answer by **January 26, 2024**. If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on Respondent within **thirty-five (35) days** of the date the answer is filed.

This order terminates Dkt. No. 13.

**IT IS SO ORDERED.**

Dated: 11/29/2023

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge