UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCORRO SIERRA,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA, et al.,<br><br>　　　　　　　Respondent. | Case No. 23-cv-00691-HSG<br><br>**ORDER GRANTING SECOND EXTENSION OF TIME TO FILE ANSWER**<br><br>Re: Dkt. No. 16 |

Good cause being shown, the Court GRANTS Respondent's request for a second extension of time to file an answer to the petition for writ of habeas corpus. Dkt. No. 16. Respondent shall file an answer on or before **February 16, 2024**. If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on Respondent within **thirty-five (35) days** of the date the answer is filed.

This order terminates Dkt. No. 16.

　　**IT IS SO ORDERED.**

Dated: 2/1/2024

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　United States District Judge